UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN ELECTRICAL HEALTH FUND, et al., | ) ) ) |
| v. | ) ) ) No. 3:00-0448 |
| DONNA KELLEY AND JOE KELLEY each d/b/a K.T.E. ELECTRIC, et al., | ) Consolidated with 3:02-0152; ) 3:02-0129, 3:01-0216 ) JUDGE ECHOLS ) |
| v. | ) ) |
| JOHN W. CATES CONSTRUCTION, CO., INC. | ) ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Plaintiffs' Motion for Attorneys' Fees (Docket Entry No. 220) in the grand total amount of $27,651.00, is hereby GRANTED. The Court hereby awards Mr. R. Jan Jennings and his firm the total amount of $24,186.00 (160.70 attorney hours at $150 per hour ($24,105.00) plus .90 paralegal hour at $90 per hour ($81.00)). The Court also awards Mr. Patrick O'Hara $3,465.00 (19.80 hours at $175.00 per hour).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE